UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

EATONI ERGONOMICS, INC.,

        Plaintiff,

    -against-

RESEARCH IN MOTION CORP.,
RESEARCH IN MOTION LTD.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 10079 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        This Court will hear oral argument on Defendants' motions to compel arbitration and stay the case and Plaintiff's cross motion on May 8, 2009, at 10:30 a.m.

Dated: April 7, 2009
      New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                            U.S.D.J.

*Copies mailed to:*

Eric W. Berry, Esq.
Berry Law PLLC
132 Nassau Street
Suite 1300
New York, NY 10038
*Counsel for Plaintiff*

Peter A. Bellacosa, Esq.
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

Craig D. Leavell, Esq.
Linda S. DeBruin, P.C.
Jared E. Hedman, Esq.
Aaron B. Goodman, Esq.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Counsel for Defendants*