ORIGINAL

PETER A. BELLACOSA (PB 2394)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EATONI ERGONOMICS, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>RESEARCH IN MOTION CORPORATION and RESEARCH IN MOTION LIMITED,<br><br>Defendants. | Case No.:    08 CV 10079 (WHP)<br><br>ECF Case<br><br>**NOTICE OF UNOPPOSED MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Peter A. Bellacosa, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Applicant's Name:  Jared E. Hedman
Firm name:  Kirkland & Ellis LLP
Address:  300 North LaSalle
City / State / Zip:  Chicago/IL/60654
Phone Number:  312-862-2282
Fax Number:  312-862-2200

Applicant's Name:  Aaron B. Goodman
Firm name:  Kirkland & Ellis LLP
Address:  300 North LaSalle
City / State / Zip:  Chicago/IL/60654
Phone Number:  312-862-2124
Fax Number:  312-862-2200

Applicant's Name:  Craig D. Leavell
Firm name:  Kirkland & Ellis LLP
Address:  300 North LaSalle
City / State / Zip:  Chicago/IL/60654
Phone Number:  312-862-2105
Fax Number:  312-862-2200

-2-

Jared E. Hedman is a member in good standing of the Bar of the State of Illinois.  Craig D. Leavell is a member in good standing of the Bar of the State of Illinois.  Aaron Goodman is a member in good standing of the Bar of the States of Illinois and of Iowa.

There are no pending disciplinary proceedings against Jared E. Hedman, Aaron B. Goodman, or Craig D. Leavell in any State or Federal court.

Dated:  4/29/2009

New York, New York

_Peter A. Bellacosa_
Peter A. Bellacosa (PB 2394)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Research In Motion Corporation
and Research In Motion Limited,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EATONI ERGONOMICS, INC.,

Plaintiff,

- against -

RESEARCH IN MOTION CORPORATION
and RESEARCH IN MOTION LIMITED,

Defendants.

Case No.:      08 CV 10079 (WHP)

ECF Case

**AFFIDAVIT OF PETER A. BELLACOSA
IN SUPPORT OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

---

STATE OF NEW YORK      )
                                          )      ss.:
COUNTY OF NEW YORK   )

Peter A. Bellacosa, being duly sworn, hereby deposes and says as follows:

1.      I am Peter A. Bellacosa, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Jared E. Hedman, Aaron B. Goodman, and Craig D. Leavell as counsel *pro hac vice* to represent Defendants in this matter.

2.      I am a member in good standing of the bar of New York, and was admitted to practice law in February 1, 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Jared E. Hedman, Aaron B. Goodman, and Craig D. Leavell since December 2008.

4.      Applicants are attorneys at Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654.

5.      I have found Jared E. Hedman, Aaron B. Goodman, and Craig D. Leavell to be skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move for the admission of Jared E. Hedman, Aaron B. Goodman, and Craig D. Leavell *pro hac vice.*

7.      In support of this motion, I submit a Certificate of Good Standing of Jared E. Hedman, which is attached hereto as Exhibit A.

8.      In support of this motion, I submit Certificate  of Good Standing of Aaron B. Goodman, which is attached hereto as Exhibit B.

9.      In support of this motion, I submit a Certificate of Good Standing of Craig D. Leavell, which is attached hereto as Exhibit C.

-2-

10.   I respectfully submit a proposed order gaining the admission of Jared E. Hedman, Aaron
      B. Goodman, and Craig D. Leavell *pro hac vice*, which is attached hereto as Exhibit D.

11.   Counsel for Plaintiff has no objection to the admission *pro hac vice* of Jared E. Hedman,
      Aaron B. Goodman, and Craig D. Leavell.


WHEREFORE it is respectfully requested that the motion to admit Jared E. Hedman, Aaron B.
Goodman, and Craig D. Leavell *pro hac vice*, to represent Defendants in the above captioned
matter, be granted.


Dated: 4/29/2009
New York, New York


                                                        Peter A. Bellacosa

Sworn to before me
this 30th day of April, 2009


NOTARY PUBLIC


JOSEPH J. CALI
Notary Public, State of New York
No. 01CA5015323
Qualified in New York County
Commission Expires July 19, 20 09

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jared Egan Hedman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 2002 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, April 15, 2009.

*Juleann Hornyak*

Clerk

# The Supreme Court of Iowa
# THE STATE OF IOWA

## *Certification*

**STATE OF IOWA, ss.**

I, *Donna M. Humpal,* Clerk of the Supreme Court of the State of Iowa, which court is the highest Court of said State, do hereby certify that *Aaron Bradley Goodman* was admitted to practice as an Attorney and Counselor at Law in the Courts of said State by the Supreme Court of Iowa on April 19, 2007, and at the present time he is in good standing at the bar in this Court.  *

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of said Court, in the City of Des Moines, this 15th day of April, 2009.

Donna M. Humpal, Clerk
The Supreme Court of Iowa

* Any requests for disciplinary history should be submitted to:
Iowa Supreme Court Attorney Disciplinary Board
1111 East Court Avenue
Des Moines  IA  50319

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Aaron Bradley Goodman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, April 20, 2009.

*Juleann Hornyak*

Clerk



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Craig D. Leavell
Kirkland & Ellis LLP
300 North LaSalle
Suite 2400
Chicago, IL 60654

Chicago
Wednesday, April 29, 2009

In re: Craig D. Leavell
Admitted: 11/5/1998
Attorney No. 6256260

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By _____
Darryl R. Evans
Deputy Registrar

DRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EATONI ERGONOMICS, INC.,

               Plaintiff,

    - against -

RESEARCH IN MOTION CORPORATION
and RESEARCH IN MOTION LIMITED,

            Defendants.

Case No.:    08 CV 10079 (WHP)

ECF Case

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

---

       Upon the motion of Peter A. Bellacosa attorney for RESEARCH IN MOTION

CORPORATION and RESEARCH IN MOTION LIMITED and said sponsor attorney's affidavit

of support:

**IT IS HEREBY ORDERED** that

      Applicants Name:  Jared E. Hedman

      Firm Name:  Kirkland & Ellis LLP

      Address:  300 North LaSalle

      City / State / Zip:  Chicago/IL/60654

      Telephone / Fax:  312-862-2282/312-862-2200

      Email Address:  jared.hedman@Kirkland.com


      Applicants Name:  Aaron B. Goodman

      Firm Name:  Kirkland & Ellis LLP

      Address:  300 North LaSalle

      City / State / Zip:  Chicago/IL/60654

      Telephone / Fax:  312-862-2124/312-862-2200

      Email Address:  aaron.goodman@kirkland.com


      Applicants Name:  Craig D. Leavell

      Firm Name:  Kirkland & Ellis LLP

-2-

Address:  300 North LaSalle

City / State / Zip:  Chicago/IL/60654

Telephone / Fax:  312-862-2105/312-862-2200

Email Address:  craig.leavell@kirkland.com

        are admitted to practice *pro hac vice* as counsel for RESEARCH IN MOTION CORPORATION and RESEARCH IN MOTION LIMITED in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  4/29/2009

New York, New York

 

                                     _____
                                       United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EATONI ERGONOMICS, INC.,

          Plaintiff,

  - against -

RESEARCH IN MOTION CORPORATION
and RESEARCH IN MOTION LIMITED,

          Defendants.

Case No.:     08 CV 10079 (WHP)

ECF Case

**CERTIFICATE OF SERVICE**

---

## <u>CERTIFICATE OF SERVICE</u>

I, Peter Bellacosa, hereby certify that on April 30, 2009, I served a true and correct copy

of **RESEARCH IN MOTION'S NOTICE OF UNOPPOSED MOTION TO ADMIT**

**COUNSEL *PRO HAC VICE*, AFFIDAVIT OF PETER A. BELLACOSA  IN SUPPORT**

**OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*,** and **ORDER FOR ADMISSION**

***PRO HAC VICE* ON WRITTEN MOTION** upon the following in the manner indicated:

### <u>VIA EMAIL:</u>

Eric Berry, berrylawpllc@gmail.com

_(signature)_

Peter Bellacosa